UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

2011 JAN 10  A 9:28

CLERK'S OFFICE
AT BALTIMORE

DONNA L. WHITAKER

    Plaintiff,

V.

TRIDENT ASSET MANAGEMENT

    Defendant.

CIVIL ACTION NO.
RDB-10-1087

MAY 11, 2010

### NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed without prejudice and without costs, subject to approval of the Court.

    THE PLAINTIFF

    BY /S/Bernard T. Kennedy
    Bernard T. Kennedy, Esquire
    The Kennedy Law Firm
    P.O. Box 657
    Edgewater, MD 21037
    Ph   (443) 607-8901
    Fax (443) 607-8903
    Fed. Bar # Md26843
    bernardtkennedy@yahoo.com

Request GRANTED this 7th day of JAN 2011.

Richard D. Bennett
United States District Judge